IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA A. HERNANDEZ,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>Defendant. | 1:09cv0400 DLB<br><br>STIPULATION AND ORDER DISMISSING ACTION |

  Pursuant to the parties' stipulation to dismiss filed on August 3, 2009, this action is DISMISSED WITHOUT PREJUDICE.  The parties shall bear their own costs and expenses.


   IT IS SO ORDERED.

   **Dated:   August 7, 2009**                             **/s/ Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE

1